AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

YIGAL MESIKA, an individual

*Plaintiff(s)*

v.

PENGUIN MAGIC, INC., a Nevada corporation, DOES 1-10, inclusive

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PENGUIN MAGIC, INC.
c/o Agent for Service of Process
Acar Altinsel
3299 Monier Circle, Unit A
Rancho Cordova, California 95742

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Frederic M. Douglas, Attorney for Plaintiff
15333 Culver Drive, Suite 340
Irvine, California 92604-3051
(949 ) 293-0442
(949) 203-8768

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*