UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:15–cv–09314–RGK–DTB | Date  4/11/2016 |
| Title | YIGAL MESIKA V. PENGUIN MAGIC, INC. ET AL | |

Present :   The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon Williams | Sandra MacNeil | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Frederic Douglas                Todd Malynn


**Proceedings:**     **SCHEDULING CONFERENCE**

   Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 6–8 days): | December 13, 2016 at 09:00 AM |
| Pretrial Conference: | November 28, 2016 at 09:00 AM |
| Motion Cut–Off Date (last day to file): | September 28, 2016 |
| Discovery Cut–Off Date: | September 14, 2016 |

   Last day to motion the Court to add parties or amend complaint is 5/10/2016. Counsel inform the Court that they have selected settlement option number 2.

   **IT IS SO ORDERED.**

:02<br>Initials of Preparer:  sw

cc:     ADR UNIT