1 TODD M. MALYNN (SBN 181595)
  tmalynn@polsinelli.com
2 POLSINELLI LLP
  2049 Century Park East, Suite 2900
3 Los Angeles, CA 90067
  Telephone:  310.556.1801
4 Facsimile:   310.556.1802

5 Attorneys for Defendant
6 PENGUIN MAGIC, INC.

7                    **UNITED STATES DISTRICT COURT**
8                    **CENTRAL DISTRICT OF CALIFORNIA**
                              **WESTERN DIVISION**
9

10 YIGAL MESIKA, an individual,          |   Case No. 2:15-cv-09314-RGK-DTB
11                          Plaintiff,
12        vs.                            |   **[PROPOSED] JUDGMENT**
13 PENGUIN MAGIC, INC., a Nevada
   corporation, DOES 1-10, inclusive,   |   Judge:     Hon. R. Gary Klausner
14
                           Defendant.       Date:      October 31, 2016
15                                          Time:      9:00 a.m.
                                            Place:     Courtroom 850
16                                                     255 E. Temple St.
                                                       Los Angeles, CA  90012
17

18        The Court, having read and considered, *inter alia,* Defendant Penguin

19 Magic's Memorandum of Points and Authorities, Statement of Uncontroverted

20 Facts and Conclusions of Law and supporting evidence, and having issued an

21 Order GRANTING Defendant Penguin Magic's Motion for Summary Judgment,

22 HEREBY ENTERS JUDGMENT AS FOLLOWS:

23        1.     United States Trademark Registration No. 3,782,721 is invalid and

24 hereby cancelled pursuant to 15 U.S.C. § 1119;

25        2.     United States Trademark Registration No. 3,978,477 is invalid and

26 hereby cancelled pursuant to 15 U.S.C. § 1119;

27        3.     Defendant Penguin Magic has not infringed any valid, protectable

28 trademark right in the mark "LOOPS" allegedly held by Plaintiff Yigal Mesika;

4.  Count 1 of Plaintiff Yigal Mesika's complaint is dismissed with prejudice;

5.  Count 2 of Plaintiff Yigal Mesika's complaint is dismissed with prejudice;

6.  Count 3 of Plaintiff Yigal Mesika's complaint is dismissed with prejudice; and

7.  Count 4 of Plaintiff Yigal Mesika's complaint is dismissed with prejudice.

8.  Plaintiff Yigal Mesika's is liable to Defendant Penguin Magic for costs and attorneys' fees in the amount of _____.

Dated:  September 28, 2016       By:  /s/ Todd Malynn_____

POLSINELLI PC

[PROPOSED] JUDGMENT
CASE NO. 15-CV-9314-RGK-DTB

## CERTIFICATE OF SERVICE

I certify that on September 28, 2016, the foregoing document was served on Plaintiffs' counsel of record by operation of the Court's CM/ECF system.

By:  /s/ Todd Malyn

POLSINELLI PC