TODD M. MALYNN (SBN 181595)
tmalynn@polsinelli.com
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   310.556.1801
Facsimile:   310.556.1802

Attorneys for Defendant
PENGUIN MAGIC, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| YIGAL MESIKA, an individual, | Case No. 2:15-cv-09314-RGK-DTB |
| Plaintiff, | |
| vs. | **NOTICE OF LODGMENT OF [PROPOSED] JUDGMENT** |
| PENGUIN MAGIC, INC., a Nevada corporation, DOES 1-10, inclusive, | Judge:   Hon. R. Gary Klausner |
| Defendant. | Date:    October 31, 2016<br>Time:    9:00 a.m.<br>Place:   Courtroom 850<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

PLEASE TAKE NOTICE that attached hereto as Exhibit "A" is Defendant's Notice of Lodgment of THE [Proposed] Judgment.

Dated:  September 29, 2016

Respectfully submitted,

**POLSINELLI LLP**

/S/TODD MALYNN

By:   Todd M. Malynn, Esq.

2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:  (310) 556-1801
Facsimile:  (310) 556-1802
tmalynn@polsinelli.com

*Attorneys for Defendant*
PENGUIN MAGIC. INC.

Exhibit A

TODD M. MALYNN (SBN 181595)
tmalynn@polsinelli.com
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:  310.556.1801
Facsimile:   310.556.1802

Attorneys for Defendant
PENGUIN MAGIC, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

YIGAL MESIKA, an individual,

               Plaintiff,

      vs.

PENGUIN MAGIC, INC., a Nevada
corporation, DOES 1-10, inclusive,

               Defendant.

Case No. 2:15-cv-09314-RGK-DTB

**[PROPOSED] JUDGMENT**

Judge:     Hon. R. Gary Klausner

The Court, having read and considered, *inter alia,* Defendant Penguin Magic's Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law and supporting evidence, and having issued an Order GRANTING Defendant Penguin Magic's Motion for Summary Judgment, HEREBY ENTERS JUDGMENT AS FOLLOWS:

     1.     United States Trademark Registration No. 3,782,721 is invalid and hereby cancelled pursuant to 15 U.S.C. § 1119;

     2.     United States Trademark Registration No. 3,978,477 is invalid and hereby cancelled pursuant to 15 U.S.C. § 1119;

     3.     Defendant Penguin Magic has not infringed any valid, protectable trademark right in the mark "LOOPS" allegedly held by Plaintiff Yigal Mesika;

1

4.      Count 1 of Plaintiff Yigal Mesika's complaint is dismissed with prejudice;

5.      Count 2 of Plaintiff Yigal Mesika's complaint is dismissed with prejudice;

6.      Count 3 of Plaintiff Yigal Mesika's complaint is dismissed with prejudice; and

7.      Count 4 of Plaintiff Yigal Mesika's complaint is dismissed with prejudice.

8.      Plaintiff Yigal Mesika's is liable to Defendant Penguin Magic for costs and attorneys' fees in the amount of _____.

Dated: September 28, 2016      By: /s/ Todd Malynn_____

                                        POLSINELLI PC

## CERTIFICATE OF SERVICE

I certify that on September 28, 2016, the foregoing document was served on Plaintiffs' counsel of record by operation of the Court's CM/ECF system.

By:  /s/ Todd Malyn

POLSINELLI PC

3

1

## CERTIFICATE OF SERVICE

2

3

4
    The undersigned certifies that on September 29, 2016, the foregoing document was

5
electronically filed with the Clerk of the Court for the United States District Court, Central District of

6
California, using the Court's Electronic Case Filing (ECF) system.  The ECF system routinely sends a

7
"Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice of

8
this document by electronic means.

Dated:  September 29, 2016                    POLSINELLI, PC

9

10

11
                            By:  /s/AJ Cruickshank
                                 AJ Cruickshank

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28