Frederic M. Douglas (Calif. State Bar # 212778)
Attorney At Law
15333 Culver Drive, Suite 340
Irvine, California 92604-3051
Tel: (949) 293-0442
Fax: (949) 203-8768
fdouglas@cox.net

Attorney for Plaintiff
YIGAL MESIKA

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| YIGAL MESIKA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>PENGUIN MAGIC, INC., a Nevada corporation, DOES 1-10, inclusive,<br><br>Defendants | Case No.: 2:15-cv-09314-RGK-DTB<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF YIGAL MESIKA'S OPPOSITION TO DEFENDANT PENGUIN MAGIC, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. R. Gary Klausner<br>Mag. Judge: Hon. David T. Bristow<br>Complaint Filed: December 2, 2015 |
|---|---|

  Whereas Defendant PENGUIN MAGIC, INC. ("Defendant") filed a Motion for Summary Judgment on September 28, 2016, with a hearing set for October 31, 2016;

  Whereas Plaintiff YIGAL MESIKA ("Plaintiff") and Defendant have scheduled a mediation session to conclude on October 14, 2016;

  Whereas, in light of recent events, including settlement discussions and Plaintiff's travel schedule, Plaintiff and Defendant wish to continue the October 31, 2016 hearing date to permit required briefing to proceed after the mediation session in the event of no prior resolution of the litigation;

**JOINT STIPULATION CONTINUE HEARING - 1**

Whereas the Parties have not previously stipulated to a continuance of any hearing in this matter;

Plaintiff and Defendants hereby stipulate and agree to the following deadlines and hearing date for the Motion for Summary Judgment and respectfully request that this Court issue an order reflecting the following deadlines and hearing date:

1. Defendant's Opposition Due Monday, October 17, 2016;
2. Plaintiff's Optional Reply Due Monday, October 24, 2016; and
3. Hearing on the Motion for Summary Judgment, if any, on Monday, November 7, 2016.

October 6, 2016                              Respectfully submitted,

                                      /s/ Frederic M. Douglas
Frederic M. Douglas

Frederic M. Douglas
Calif. State Bar # 212778
Attorney At Law
15333 Culver Drive, Suite 340
Irvine, California 92604-3051
Tel: (949) 293-0442
Fax: (949) 203-8768
fdouglas@cox.net

Attorney for Plaintiff/Counter-Defendant
YIGAL MESIKA

                                      /s/ Adam Weiss (with permission)

| | |
|---|---|
| Adam Weiss (pro hac vice)<br>aweiss@polsinelli.com<br>Mark Deming (pro hac vice)<br>mdeming@polsinelli.com<br>POLSINELLI PC<br>161 North Clark, Suite 4200<br>Chicago, Illinois 60601<br>Tel: (312) 819-1900<br>Fax: (312) 819-1910 | Noel S. Cohen (SBN 219645)<br>ncohen@polsinelli.com<br>Todd M. Malynn (SBN 181595)<br>tmalynn@polsinelli.com<br>POLSINELLI LLP<br>2049 Century Park East, Suite 2900<br>Los Angeles, California  90067<br>Tel: (310) 556-1801<br>Fax: (310) 556-1802<br><br>Attorneys for Defendant/Counter-Plaintiff<br>PENGUIN MAGIC. INC. |

**JOINT STIPULATION CONTINUE HEARING - 2**

## Certificate of Service

I hereby certify that on October 6, 2016, I filed the foregoing documents

**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF YIGAL MESIKA'S OPPOSITION TO DEFENDANT PENGUIN MAGIC, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; [PROPOSED] ORDER**

electronically in compliance with Local Rules, constituting electronic service upon counsel of record that have consented to electronic service. All other counsel of record or pro se parties were served with a true and correct copy of the foregoing by email, U.S. mail or facsimile transmission, on this the 6th day of October, 2016.

/s/ Frederic M. Douglas