Frederic M. Douglas (Calif. State Bar # 212778)
Attorney At Law
15333 Culver Drive, Suite 340
Irvine, California 92604-3051
Tel: (949) 293-0442
Fax: (949) 203-8768
fdouglas@cox.net

Attorney for Plaintiff
YIGAL MESIKA

**DENIED**
BY ORDER OF THE COURT

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| YIGAL MESIKA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>PENGUIN MAGIC, INC., a Nevada corporation, DOES 1-10, inclusive,<br><br>Defendants | Case No.: 2:15-cv-09314-RGK-DTB<br><br>**[PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF YIGAL MESIKA'S OPPOSITION TO DEFENDANT PENGUIN MAGIC, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. R. Gary Klausner<br>Mag. Judge: Hon. David T. Bristow<br>Complaint Filed: December 2, 2015 |

~~Whereas Defendant PENGUIN MAGIC, INC. ("Defendant") filed a Motion for Summary Judgment on September 28, 2016, with a hearing set for October 31, 2016;~~

~~Whereas Plaintiff YIGAL MESIKA ("Plaintiff") and Defendant have scheduled a mediation session to conclude on October 14, 2016;~~

~~Whereas the Parties have not previously stipulated to a continuance of any hearing in this matter;~~

**[PROPOSED] ORDER TO CONTINUE HEARING - 1**

1. ~~This Court hereby sets the following deadlines and hearing date for the Motion for Summary Judgment:~~
   1. ~~Defendant's Opposition Due Monday, October 17, 2016;~~
   2. ~~Plaintiff's Optional Reply Due Monday, October 24, 2016; and~~
   3. ~~Hearing on the Motion for Summary Judgment, if any, on Monday, November 7, 2016.~~

THE STIPULATION IS DENIED.

Date: October 13, 2016              SO ORDERED,

*Gary Klausner*

Hon. Judge R. Gary Klausner
United States District Judge

[PROPOSED] ORDER TO CONTINUE HEARING - 2