TODD M. MALYNN (SBN 181595)
tmalynn@polsinelli.com
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310.556.1801
Facsimile: 310.556.1802

Attorneys for Defendant
PENGUIN MAGIC, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| YIGAL MESIKA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PENGUIN MAGIC, INC., a Nevada corporation, DOES 1-10, inclusive,<br><br>Defendant. | Case No. 2:15-cv-09314-RGK-DTB<br><br>**DEFENDANT PENGUIN MAGIC, INC.'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:   Hon. R. Gary Klausner<br><br>Date:    October 31, 2016<br>Time:    9:00 a.m.<br>Place:   Courtroom 850<br>         255 E. Temple St.<br>         Los Angeles, CA  90012 |

TO THE COURT, PLAINTIFF AND HIS ATTORNEY OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to L.R. 7-16, and the parties settlement at mediation, Defendant Penguin Magic, Inc. ("Penguin") hereby withdraws its Motion for Summary Judgment [Dkt. 35], together with its Statement of Uncontroverted Facts and Conclusions of Law [Dkt. 37], filed on September 28, 2016.

October 24, 2016                                **POLSINELLI LLP**

                                                /s/TODD MALYNN
                                        By:     Todd M. Malynn, Esq.

                                                2049 Century Park East, Suite 2900
                                                Los Angeles, CA 90067
                                                Telephone:  (310) 556-1801
                                                Facsimile:   (310) 556-1802
                                                tmalynn@polsinelli.com

                                                *Attorneys for Defendant*
                                                PENGUIN MAGIC, INC.,

# CERTIFICATE OF SERVICE

The undersigned certifies that on October 24, 2016, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice of this document by electronic means.

Dated: October 24, 2016                                  POLSINELLI, PC


                                                        By: /s/AJ Cruickshank
                                                            AJ Cruickshank

3

DEFENDANT PENGUIN MAGIC, INC.'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR SUMMARY JUDGMENT

DEFENDANT PENGUIN MAGIC, INC.'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR SUMMARY JUDGMENT